[No. 35886-7-II.   Division Two.   April 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03468-7, Stephanie A. Arend, J., entered December 22, 2006. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 36109-4-II.   Division Two.   April 22, 2008.]

*In the Matter of the Marriage of* GINA FLEMETIS, *Respondent*, and ANDREW FLEMETIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 02-3-00084-9, Douglas E. Goelz, J. Pro Tem., entered February 22, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 36359-3-II; 36362-3-II.   Division Two.   April 22, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. ASHLEY B. PARKER, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. STEPHANIE ALVAREZ, *Respondent*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 06-8-00063-4, James M. Bendell, J. Pro Tem., entered May 24, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.